UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:12-CR-101 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| TERRANCE MCCULLOUGH | ) | |

**O R D E R**

Defendant Terrance McCullough ("Defendant") filed a motion to suppress evidence discovered after what Defendant argues was an unlawful arrest (Court File No. 45). The motion was referred to United States Magistrate Judge Susan Lee, who held a hearing on August 20, 2013 and subsequently filed a Report and Recommendation ("R&R") concluding that Defendant's motion should be denied (Court File No. 54). Defendant timely objected (Court File No. 55), and the government timely responded to the objection (Court File No. 56). For the reasons set forth in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 54). Accordingly, Defendant's motion to suppress is **DENIED** (Court File No. 45).

    **SO ORDERED.**

    **ENTER:**

                         **/s/**
                         **CURTIS L. COLLIER**
                         **UNITED STATES DISTRICT JUDGE**